Michael Charles Benson, AK Bar No. 1311070
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00129-HZ |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| EDUARDO GARCIA, | |
| Defendant. | |

The defendant, Eduardo Garcia, through counsel, Michael Charles Benson, submits this Memorandum for the Court's review and consideration in determining a reasonable sentence that is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a).  A sentencing hearing is currently scheduled for April 15, 2026.

On April 15th, Mr. Garcia will plead guilty to conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i) and 846.  He has reviewed the Presentence Investigation Report ("PSR") with defense counsel and has no unresolved objections as to the applicable guidelines range.

Page 1 Defendant's Sentencing Memorandum

Mr. Garcia requests that the Court impose a sentence of time served, followed by supervised release

Dated: April 8, 2026.

/s/ Michael Charles Benson
Michael Charles Benson, AK Bar No. 1311070